# United States Court of Appeals
## For the First Circuit

No. 02-1422

RAHIM RASHAD, F/K/A LARRY GRAHAM,

Petitioner, Appellee,

v.

JAMES T. WALSH, JR.,

Respondent, Appellant.

ERRATA SHEET

The opinion of this Court issued on August 14, 2002 is corrected as follows:

On page 15, line 9, after "speedy trial purposes." add the following footnote:

> This case does not call upon us to analyze the issue of what happens when there is no requirement that the government obtain an indictment, or when the defendant has waived the right to proceed by indictment, see Mass. R. Crim. P. 3(d).